## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARREN L. MILLER           :
           :
      **Plaintiff,**        :      **CIVIL ACTION**
           :      **NO. 06-1080**
      **v.**           :
           :
JEFFREY BEARD, et al.,    :
           :
      **Defendants.**     :

## ORDER

    **AND NOW**, this __18th____ day of March 2010, upon consideration of the Motions for Summary Judgment of Defendants Mark Sokolski, Jeffrey Beard, and David DiGuglielmo (Doc. #116), Defendant Mark Fishstein (Doc. #118), and Defendants Felipe Arias and Prison Health Services, Inc. (Doc. #127), as well as Plaintiff Darren Miller's Responses (Doc. Nos. 123 & 131) and the Replies of Defendants Mark Sokolski, Jeffrey Beard, and David DiGuglielmo (Doc. #126) and Defendant Mark Fishstein (Doc. #130), it is **ORDERED** that:

■    The Motions for Summary Judgment of Defendants Mark Sokolski, Jeffrey Beard, and David DiGuglielmo (Doc. #116) and Defendants Felipe Arias and Prison Health Services, Inc. (Doc. #127) are **GRANTED**.

■    The Motion for Summary Judgement of Defendant Mark Fishstein (Doc. #118) is **DENIED**.

                    s/Anita B Brody

                    _____
                    ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: